UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SPREAD SPECTRUM SCREENING LLC,  )<br>   )<br>   Plaintiff,  )<br>   )<br>   v.  )<br>   )   Case No: 1:10-CV-01101<br>EASTMAN KODAK COMPANY;  )<br>HEIDELBERG USA, INC.; HAFNER  )   Judge Robert W. Gettleman<br>PRINTING COMPANY, INC.;  )<br>CONTINENTAL WEB PRESS, INC.;  )   Magistrate Judge Nan R. Nolan<br>GRAPHIC PARTNERS, INC.; GENESIS  )<br>PRESS, INC.;  and JOHN-BYRNE  )<br>COMPANY,  )<br>   )<br>   Defendants.  )<br>   ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT EASTMAN KODAK COMPANY

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 for the United States District Court for the Northern District of Illinois, Defendant Eastman Kodak Company ("Kodak") discloses that it has no parent corporation and that there are no publicly-held corporations directly owning 10% or more of Kodak stock.  Legg Mason Capital Management, Inc. ("LMCM") owns 10% or more of Kodak stock.  On information and belief, LMCM is not publicly held, but instead a wholly-owned subsidiary of Legg Mason, Inc., which is publicly held.

DATED:  April 30, 2010

> By:  */s/ Robin K. Powers*
> Robin K. Powers
> Attorneys for Defendant
> EASTMAN KODAK COMPANY

Robin K. Powers
Kenneth Taube
Rothschild, Barry & Myers LLP
55 West Monroe Street, Suite 3900
Chicago, IL 60603
(312) 372-2345

Jeffrey D. Sanok
Brian M. Koide
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
jsanok@crowell.com
bkoide@crowell.com

R. Scott Feldmann
Jonathan M. Lindsay
CROWELL & MORING, LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505
(949) 263-8400
sfeldmann@crowell.com
jlindsay@crowell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on Friday, April 30, 2010, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and served electronically through ECF upon the attorneys of record.

                                                      /s/Robin K. Powers