UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SPREAD SPECTRUM SCREENING LLC,

                Plaintiff,

                                                                     <u>ORDER</u>

                                                                     10-CV-6523L

                v.

EASTMAN KODAK COMPANY, INC.,
et al.,


                Defendants.
_____

      This case was referred to mediation, as were scores of other cases, as part of this Court's Alternative Dispute Program. The order referring the case to mediation was entered July 13, 2012 (Dkt. #217). Because defendant Eastman Kodak Company is in bankruptcy and a Suggestion of Bankruptcy (Dkt. #216) has been filed, matters should be stayed and, therefore, the order referring the case to mediation is in all respects vacated.

      IT IS SO ORDERED.

                                                  _____
                                                      DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
        July 18, 2012.